UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS MARTINEZ,

    Plaintiff,

  v.

JOHN DOE,

    Defendant.

Case No. 21-cv-00360-WHO (PR)

**ORDER OF DISMISSAL**

After plaintiff filed a letter, the Clerk sent him notices directing him to file a complaint on the proper form and to pay the filing fee or file an application to proceed *in forma pauperis* (IFP). Plaintiff has not complied with the Clerk's Notices. Accordingly, the action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notices and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen. Any such motion must contain a (1) complaint on this Court's form; and (2) a complete application to proceed IFP, or full payment for the $400.00 filing fee.

The Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED.**

**Dated:** March 2, 2021

_____
WILLIAM H. ORRICK
United States District Judge